UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY MCCORMICK,              CASE NO.:

    Plaintiff,

v.

THE UNITED STATES OF
AMERICA,

    DEFENDANT.
_____/

## ORIGINAL COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT

COMES NOW, the Plaintiff, TERRY MCCORMICK, by and through his Attorney, now comes before this Court and complains of the United States Government as follows:

### JURISDICTION, VENUE, AND CONDITIONS PRECEDENT

1. Plaintiff, TERRY MCCORMICK, is an individual residing at 2219 Mason Avenue, Haines City, FL 33844 and thus a resident of the Middle District of Florida.

2. The claims herein are brought against the U.S. pursuant to the Federal Tort Claims Act (28 U.S.C. § 2671, *et seq.*) and 28 U.S.C. § 1346(b)(1) for money damages as compensation for loss of property and personal injuries that were caused

by the negligent and wrongful acts and omissions of agents and employees of the United States Government.

3. Venue is proper in that all, or a substantial part of the acts and omissions forming the basis of these claims occurred in the Middle District of Florida, and arose from the negligent conduct of the Defendant, United States Government and its employees, provisions of 28 U.S.C. § 2675 of the Federal Tort Claims Act.

4. This suit has been timely filed, in that Plaintiff timely served Notice of Claim on the United States Postal Service and was assigned NTC File No.: NT202415073.

## EVENTS FORMING THE BASIS OF THESE CLAIMS

5. On or about December 19, 2022, Plaintiff, TERRY MCCORMICK was operating a motor vehicle in Polk County, Florida.

6. At the time and place, Timothy Pickard was the owner and operator of a motor vehicle in Polk County, Florida.

7. The motor vehicle accident occurred at the intersection of Davenport Boulevard and Highway 27 in Haines City, Polk County, Florida.

8. At the time of the subject accident, Employee, Timothy Pickard, was a Federal employee driving a vehicle in the course and scope of his employment with the United States Postal Service.

## COUNT I.

9. Plaintiff, TERRY MCCORMICK, reiterates paragraphs 1 through 8 above as fully set forth herein and further alleges:

10. Defendant, owed Plaintiff, the duty to operate the motor vehicle he was driving in a safe, careful and prudent manner, so as to not collide with the vehicle containing Plaintiff, TERRY MCCORMICK.

11. Defendant, Timothy Pickard breached that duty by carelessly and negligently operating its motor vehicle in such a manner that it caused a collision with the vehicle containing the Plaintiff, TERRY MCCORMICK.

12. That as a direct and proximate result of the negligence of the Defendant, Plaintiff suffered bodily injuries including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care, loss of ability to earn money and loss of ability to lead and enjoy a normal life.

13. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

14. Plaintiff also suffered other damages including, but not limited to, loss of use of the subject vehicle, damage to the subject vehicle. Plaintiff will suffer or incur injuries, expenses and impairment in the future.

WHEREFORE, Plaintiff demands judgment against the Defendant, in the amount $1,000,000.00 and requests a Trial by Jury on all issues triable as a matter of right.

Dated: AUGUST 11, 2025

By: _____
Barry S. Mittelberg, Esq.
Barry S. Mittelberg, P.A.
10100 W. Sample Road, Suite 407
Coral Springs, FL 33065
Telephone: (954) 752-1213
Facsimile: (954) 752-5299
barry@mittelberglaw.com
sheri@mittelberglaw.com
Florida Bar No: 396567